**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-2045**

_____

LEWANDA PARTHENIA EPES,

                                        Plaintiff - Appellant,

        versus

GREEN TREE FINANCIAL SERVICING CORPORATION;
KIRK D. MCQUIDDY, Law Office; SPECIALIZED,
INCORPORATED OF VIRGINIA; HAWTHORNE &
HAWTHORNE, Attorneys,

                                        Defendants - Appellees.

-------------------------------------

CINDY PEARSON,

                                        Movant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge.  (3:04-cv-00455-REP)

_____

Submitted:  April 9, 2007            Decided:  May 21, 2007

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lewanda Parthenia Epes, Appellant Pro Se.  Brian R. M. Adams, Bryan
G. Scott, SPOTTS FAIN, PC, Richmond, Virginia; Mark Charles
Nanavati, SINNOTT, NUCKOLS & LOGAN, PC, Midlothian, Virginia;
Lawrence Alexis Dunn, MORRIS & MORRIS, Richmond, Virginia; Raymond

Paul Childress, Jr., Michele Adams Mulligan, Kristie Gay Haynes, MCSWEENEY, CRUMP, CHILDRESS & GOULD, PC, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lewanda Parthenia Epes appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we deny Appellee Green Tree Financial Servicing Corporation's motion for sanctions and affirm substantially on the reasoning of the district court.[*] See Epes v. Green Tree Fin. Servicing Corp., No. 3:04-cv-00455-REP (E.D. Va. Dec. 14, 2004; May 12, 2006; Aug. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Although the district court was not deprived of subject matter jurisdiction by the state court's entry of judgment in Epes's parallel state action, see Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 284, 292 (2005), the district court properly dismissed this action with prejudice because it was precluded by the doctrines of res judicata and collateral estoppel.